IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MICHAEL D. KITCHEN, | Case No.: 3:20-cv-307-DJH |
| Plaintiff, | |
| v. | Judge David J. Hale |
| BAYVIEW LOAN SERVICING, LLC, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, Michael D. Kitchen ("Plaintiff"), and Defendant, Bayview Loan Servicing, LLC ("Defendant"), and the by and through their respective counsel, and hereby stipulate under Fed.R.Civ.P. 41(a)(1)(A)(ii) to the dismissal of this action with prejudice, at Plaintiff's cost.

Respectfully submitted,

/s/ John R. Wirthlin
John R. Wirthlin
William L. Purtell
BLANK ROME, LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Tel: (513) 362-8750
Fax: (513) 362-8769
Email: WPurtell@BlankRome.com
*Counsel for Defendant*

/s/ David W. Hemminger
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Ste. 100-C
Louisville, Kentucky 40243
Tel. 502.443.1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Dated: September 4, 2020

140406.01272/123787557v.1

## CERTIFICATE OF SERVICE

I certify that an exact copy of the foregoing document was electronically filed on September 4, 2020, and the following were electronically notified:

David W. Hemminger        hemmingerlawoffice@gmail.com


                                              /s/ *William L. Purtell*
                                              William L. Purtell

140406.01272/123787557v.1