UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHAEL D. KITCHEN,                                                                    Plaintiff,

v.                                                                    Civil Action No. 3:20-cv-307-DJH-CHL

BAYVIEW LOAN SERVICING, LLC,                                                          Defendant.

\* \* \* \* \*

## **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 12)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

1